STATE of Missouri, Respondent,

v.

Robert J. SORENSON, Appellant.

No. WD 49743.

Missouri Court of Appeals, Western District.

Oct. 31, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 5, 1995.

James A. Fluker, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

## ORDER

PER CURIAM.

The defendant appeals his conviction of two counts of forcible rape, § 566.030, RSMo Supp.1993. Affirmed. Rule 30.25(b).